IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DENISE A. BOYLAND,                     )
                                       )
            Plaintiff,                 )   TC-MD 120043C
                                       )
      v.                               )
                                       )
DEPARTMENT OF REVENUE,                 )
State of Oregon,                       )
                                       )
            Defendant.                 )   **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss on the ground that

Plaintiff failed to appeal within the 90 days required by ORS 305.280(2).

A review of Plaintiff's materials shows the Notice of Proposed Refund Adjustment was

mailed to Plaintiff on December 8, 2010. The Complaint was filed on January 09, 2012. This

interval is longer than the 90 days required by ORS 305.280(2), which provides:

> "*An appeal* under ORS 323.416 or 323.623 or *from any notice of assessment or refund denial* issued by the Department of Revenue with respect to a tax imposed under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter, or collected pursuant to ORS 305.620, *shall be filed within 90 days after the date of the notice*."

(Emphasis added).

The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted. Now, therefore,

///

///

///

///

///

DECISION OF DISMISSAL  TC-MD 120043C                                          1

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed.

The Complaint is dismissed.

Dated this ____ day of June 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on June 6, 2012. The Court filed and entered this document on June 6, 2012.*